UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KON BAGAT (A 078-765-373),<br>Petitioner,<br>v.<br>TONYA ANDREWS, et al.,<br>Respondent. | No. 1:26-cv-0346 DJC AC<br><br>ORDER |

Petitioner, an immigration detainee, filed a pro se application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 18, 2026, the Magistrate Judge filed amended findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within three days. ECF No. 11. Neither party filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully

reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 11), as amended, are adopted in full.

2. Petitioner's petition for writ of habeas corpus (ECF No. 1) is GRANTED on his constitutional claims under Ground 2 and his regulatory and constitutional claims regarding revocation of his release under Ground 4.

3. All remaining claims in the § 2241 petition are DISMISSED WITHOUT PREJUDICE in the interests of judicial economy.

4. Respondents are ENJOINED AND RESTRAINED from:

    a. Seeking to revoke petitioner's supervision to re-detain petitioner unless and until they comply with all procedures set forth in 8 C.F.R. § 241.13(i), any other applicable statutes and regulations, and constitutional requirements.

    b. Removing petitioner to a third country unless respondents adhere to the following procedures:

        i. Provide petitioner a meaningful opportunity and a minimum of ten days to raise a fear-based claim for protection prior to removal;

        ii. If petitioner demonstrates a reasonable fear of removal to the third country, respondents must reopen petitioner's removal proceedings; and

        iii. If petitioner is not found to have demonstrated a reasonable fear of removal to the third country, respondents must provide a meaningful opportunity and a minimum of fifteen days for petitioner to seek reopening of his immigration proceedings.

5. Respondents' motion to dismiss (ECF No. 6) is DENIED.

6. The Clerk of the Court is directed to enter judgment for petitioner and close this case.

IT IS SO ORDERED.

Dated: **September 25, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

baga0346.801.hc.2241.imm.jo